IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                NO. 01-20112-Ma

MARCHELLO JIMMY LOVERSON,

    Defendant.

---

ORDER GRANTING MOTION AND SETTING RE-SENTENCING HEARING

---

Before the court is defendant's June 27, 2005, motion to set the re-sentencing hearing in this matter. For good cause shown, the motion is granted. A **re-sentencing hearing** is set **Tuesday, August 2, 2005, at 9:00 a.m.**

It is so ORDERED this 30th day of June, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-1-05.

140

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 140 in case 2:01-CR-20112 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT