IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 14 AM 11:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CR. NO. 01-20112-Ma |
| ) | |
| MARCHELLO JIMMY LOVERSON, ) | |
| ) | |
| Defendant. ) | |

ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

This matter is set for a re-sentencing hearing on Tuesday, August 2, 2005 at 9:00 a.m. The defendant, Marchello Jimmy Loverson, #17936-076, is confined as a prisoner at United States Penitentiary, Pollock, Louisiana. It is necessary to have Marchello Jimmy Loverson appear in this court for the hearing.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, United States Penitentiary, Pollock, Louisiana, to have said Marchello Jimmy Loverson before this court for the hearing.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July ___13___, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-19-05__

142

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 142 in case 2:01-CR-20112 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT